STATE OF NEW JERSEY v. DONALD LASTER.

Nov. 20, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. DONALD LASTER.

Nov. 20, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT T. SIGMON.

Nov. 20, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. MARSHALL MITCHELL.

Nov. 20, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. FRANK RODGERS, JR.

Nov. 20, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. HENRY F. SMITH, JR.

Nov. 20, 1979.   Petition for certification denied.